IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02645-DME-KMT

CRESTON PERCIVAL,

        Plaintiff,

v.

ER SOLUTIONS, INC.,

        Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court on the parties' Stipulation for Dismissal With Prejudice, and the Court being fully advised in the premises, finds as follows:

IT IS HEREBY ORDERED that Plaintiff's Complaint and each claim for relief, and this civil action, are dismissed with prejudice, each party to pay its own costs and attorneys' fees.

Dated: February 24, 2010

BY THE COURT:

*s/ David M. Ebel*

UNITED STATES CIRCUIT JUDGE